

# NUMBER 13-13-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**AMERICO M. FLORES,**                                                                  **Appellant,**

**v.**

**PACCAR FINANCIAL CORP.,**                                                       **Appellee.**

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant, Americo M. Flores, appealed a judgment entered by the 332nd District Court of Hidalgo County, Texas. On January 16, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee.

*See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
27th day of February, 2014.